IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                                                              CHAPTER 7 CASE

                                                                                                                    NO. 3:17-bk-80624

**EARL BRADFORD SORRELLS &**
**SUSAN MIALE SORRELLS,**

      **Debtors.**

_____
**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY US MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH ST, MONTGOMERY, ALABAMA 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for: Application to Employ Professional Persons.
_____

APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON

     I, the undersigned counsel, respectfully submit an application for employment in the above styled cause pursuant to 11 U.S.C. §327 and Rule 2014 of the <u>Bankruptcy Rules of Procedure</u>, and in support, state the following:

     The debtors desire to retain <u>Christopher E. Sanspree</u> of the Sanspree Law Firm, PC, whose office is located at 603 Martha Street, Montgomery, Alabama 36104, for the specific purpose of recovering money damages arising out of a civil lawsuit filed in Chambers County, Alabama. Attached hereto as Exhibit "A" is a Declaration executed by Christopher E. Sanspree in support of this application pursuant to 11 U.S.C. §327 and <u>Rule 2014 of The Bankruptcy Rules of Procedure</u>, along with true and correct copies of the debtors' Complaint and four subsequent amendments filed in the Circuit Court for Chambers County, Alabama.

WHEREFORE, the above premises considered, the undersigned moves this Honorable Court to authorize the employment of Christopher E. Sanspree to represent the estate in the cause of action filed by the Debtor. Upon settlement or completion of the cause of action, I, Christopher E. Sanspree, will apply to the Court for approval of fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of <u>The Bankruptcy Rules of Procedure</u>.

*s/ Christopher E. Sanspree*
CHRISTOPHER E. SANSPREE (SAN048)
ASB#5570-R80C
Attorney for Plaintiffs
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile
chris.sanspree@sanspreelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically upon counsel of record who are e-file registrant(s) on this the 12th day of May, 2017.

*s/Christopher E. Sanspree//*
OF COUNSEL