In re

Earl Bradford Sorrells and Susan Miale Sorrells,

    Debtors.

Case No. 17−80624
Chapter 7

# ORDER

This case is before the court on the following matter:

*11* − Rule 9007 Motion/Notice/Objection: Application to Employ Professional Persons Pursuant to 11 USC 327 filed by Christopher E. Sanspree on behalf of Earl Bradford Sorrells, Susan Miale Sorrells. Responses due by 6/5/2017. Re−Docketed From DE 9 in correct docket event. (JI)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated June 6, 2017

Dwight H. Williams Jr.
United States Bankruptcy Judge